UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JONATHAN ABARCA AURELIO, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

    -against-

C & P BEER DISTRIBUTORS INC. (D/B/A C & P BEER DISTRIBUTORS), JACK LI, and AMY LI,

                *Defendants.*
----------------------------------------------------------------X

Civil Action No. **22-cv-04812-DLI-MMH**

**JUDGMENT**

## **JUDGMENT**

On November 30, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, and ADJUDGED as follows:

That the Plaintiff, JONATHAN ABARCA AURELIO, has judgment against C & P BEER DISTRIBUTORS INC. (D/B/A C & P BEER DISTRIBUTORS), JACK LI, and AMY LI, jointly and severally, in the amount of Seventy-Five Thousand Dollars and No Cents ($75,000.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York

       December 5, 2023

BRENNA B. MAHONEY
CLERK OF COURT

by: ____*Jalitza Poveda*____
     Deputy Clerk